UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HOMER THOMAS, )<br>)<br>Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-0127-G (BF) |
| WELLS FARGO BANK, N.A., ET AL., )<br>) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of the United States Magistrate Judge Paul D. Stickney. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, defendant Brice, Vander Linden & Wernick, P.C. is **DISMISSED** from this lawsuit because it was improperly joined as a defendant and its motion to dismiss (docket entry 10) is **DENIED** as moot. Additionally, defendants Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc.'s motion to dismiss

(docket entry 9) is **GRANTED** and plaintiff's claims against these defendants are **DISMISSED** with prejudice pursuant to FED. R. CIV. P. 12(b)(6).

    SO ORDERED.

August 9, 2013.

                                              _____
                                              A. JOE FISH
                                              **Senior United States District Judge**